FILED

05/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0639

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 22-0639

FORWARD MONTANA; LEO GALLAGHER; MONTANA ASSOCIATION OF
CRIMINAL DEFENSE LAWYERS; GARY ZADICK,

Plaintiffs and Appellants,

v.

STATE OF MONTANA, by and through GREG GIANFORTE, GOVERNOR,

Defendant and Appellees.

On Appeal from the First Judicial District Court,
Lewis and Clark County, Cause No. ADV-21-611
The Hon. Mike Menahan, Presiding

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 90-day extension of time, and good cause appearing therefore, Appellee is granted an extension of time to and including August 29, 2023, within which to prepare, serve, and file its response brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 2 2023